NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE PHILIP D. FREEDMAN

---

2012-1211
(Serial No. 11/220,302)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

PHILIP D. FREEDMAN, Philip D. Freedman, P.C., of Lancaster, Pennsylvania, argued for appellant.

SYDNEY O. JOHNSON, JR., Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and FARHEENA Y. RASHEED, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| September 6, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |